Martin A. Little, Esq.
Nevada Bar No. 7067
mal@juww.com
Alexander Villamar, Esq.
Nevada Bar No. 9927
av@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:    (702) 699-7500
Facsimile:    (702) 699-7555
*Attorneys for Defendant, JRJ Investments, Inc.
dba Desert BMW of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER,<br><br>                    Plaintiff,<br><br>vs.<br><br>DESERT BMW OF LAS VEGAS; and<br>DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.   2:12-cv-01531-GMN-VCF<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Singer, by and through his attorneys of record, Price Law Group, APC, and Defendant JRJ Investments, Inc. dba Desert BMW of Las Vegas, erroneously sued herein as Desert BMW of Las Vegas, by and through its attorneys, Jolley Urga Wirth Woodbury & Standish, that the above-captioned and numbered matter be dismissed with prejudice, each party to pay its own fees and costs.

DATED this _____ day of September, 2013.

PRICE LAW GROUP, APC                         JOLLEY URGA WIRTH WOODBURY
                                              & STANDISH

By:_____*/s/ G. Thomas Martin*_____     By:_____*/s/ Alexander Villamar*_____
    G. Thomas Martin, Esq.                      Martin A. Little, Esq., #7067
    420 S. Jones Blvd.                          Alexander Villamar, Esq., #9927
    Las Vegas, NV 89107                         3800 Howard Hughes Pkwy. 16th Floor
    *Attorneys for Plaintiff*                   Las Vegas, Nevada 89169
                                                *Attorneys for Defendant*

**IT IS SO ORDERED** this
25th day of September, 2013.

_____
Gloria M. Navarro, United States District Judge

# JUDGE'S SIGNATURE ON PAGE 1 OF 2 ABOVE.

Submitted by:

JOLLEY URGA WIRTH WOODBURY
& STANDISH

By::_____*/s/ Alexander Villamar*_____
       Martin A. Little, Esq., #7067
       Alexander Villamar, Esq., #9927
       3800 Howard Hughes Pkwy., #1600
       Las Vegas, Nevada 89169
       *Attorneys for Defendant*