Martin A. Little, Esq.
Nevada Bar No. 7067
mal@juww.com
Alexander Villamar, Esq.
Nevada Bar No. 9927
av@juww.com
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone:    (702) 699-7500
Facsimile:     (702) 699-7555
*Attorneys for Defendant, JRJ Investments, Inc.*
*dba Desert BMW of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER,<br><br>               Plaintiff,<br><br>vs.<br><br>DESERT BMW OF LAS VEGAS; and<br>DOES 1 through 10, inclusive,<br><br>               Defendants. | CASE NO.   2:12-cv-01531-GMN-VCF<br><br>**STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charles Singer, by and through his attorneys of record, Price Law Group, APC, and Defendant JRJ Investments, Inc. dba Desert BMW of Las Vegas, erroneously sued herein as Desert BMW of Las Vegas, by and through its attorneys, Jolley Urga Wirth Woodbury & Standish, that the above-captioned and numbered matter be dismissed with prejudice, each party to pay its own fees and costs.

DATED this _____ day of September, 2013.

| PRICE LAW GROUP, APC | JOLLEY URGA WIRTH WOODBURY<br>& STANDISH |
|---|---|
| By:_____*/s/ G. Thomas Martin*_____<br>G. Thomas Martin, Esq.<br>420 S. Jones Blvd.<br>Las Vegas, NV 89107<br>*Attorneys for Plaintiff* | By:_____*/s/ Alexander Villamar*_____<br>Martin A. Little, Esq., #7067<br>Alexander Villamar, Esq., #9927<br>3800 Howard Hughes Pkwy. 16th Floor<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* |

**IT IS SO ORDERED** this
25th day of September, 2013.

_____
Gloria M. Navarro, United States District Judge

1 of 2

# JUDGE'S SIGNATURE ON PAGE 1 OF 2 ABOVE.

Submitted by:

JOLLEY URGA WIRTH WOODBURY
& STANDISH


By::_____*/s/ Alexander Villamar*_____
           Martin A. Little, Esq., #7067
           Alexander Villamar, Esq., #9927
           3800 Howard Hughes Pkwy., #1600
           Las Vegas, Nevada 89169
           *Attorneys for Defendant*